# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-05019-RGK-PVC | Date | October 26, 2022 |
|---|---|---|---|
| Title | *Michael Lynn Waters v. B. Cates* | | |

**JS6**

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order of Dismissal

On September 16, 2022, the Court issued an Order denying Petitioner's request to proceed *in forma pauperis* and directing him to pay the filing fee within 30 days. (*See* Order on Request to Proceed In Forma Pauperis, ECF No. [6].) The Order informed Petitioner that if he did not pay the filing fee by the deadline, the case would be "DISMISSED without prejudice." (*Id.*)

Petitioner has failed to pay the filing fee, and more than 30 days have passed since the Order. Accordingly, the Court **DISMISSES** the Petition.

**IT IS SO ORDERED.**

  :  
Initials of Preparer     jre/a